UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VINCENT P. LUJAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHWEST AIRLINES CO., )<br>)<br>Defendant. ) | Case No. 3:07-0975<br>Judge Echols |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby enters the following rulings:

(1) Defendant Southwest Airlines Company's Motion for Summary Judgment (Docket Entry No. 9) is hereby GRANTED;

(2) Defendant Southwest Airlines Company's Motion to Strike Affidavit (Docket Entry No. 20) is hereby DENIED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE